# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Shawn Decarlos Evans
Alisa McKinney

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Central Intelligence Agency

Donald J. Trump

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:24-cv-12346
Judge: Murphy, Stephen J.
MJ: Patti, Anthony P.
Filed: 09-09-2024 At 01:03 PM
CMP SHAWN EVANS V CENTRAL INTELLIGENCE AGENCY, ET AL (LG)

Jury Trial:  ☐ Yes  ☑ No
*(check one)*

## Complaint for a Civil Case


MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Shawn Evans
- Street Address: 438 St. Antoine Street
- City and County: Detroit United States
- State and Zip Code: Michigan 48226
- Telephone Number: 313-918-2832
- E-mail Address: shawndecarlosevans@g-mail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

- Name: Central Intelligence Agency
- Job or Title (if known): C.I.A
- Street Address: 1000 Colonial Farm Road
- City and County: McLean United States
- State and Zip Code: Virginia
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 2**

- Name: Donald J. Trump
- Job or Title (if known):
- Street Address: 725 Fifth Avenue
- City and County: New York, ▮ United States
- State and Zip Code: New York 10019
- Telephone Number:
- E-mail Address (if known):

2

ALISA MCKINNEY

9531 ARTESIAN STREET

DETROIT    UNITED STATES

MICHIGAN    48228

(313) 986-7342

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

    Defendant No. 3

        Name                                     _____

        Job or Title                        _____
        (if known)

        Street Address                  _____

        City and County               _____

        State and Zip Code          _____

        Telephone Number          _____

        E-mail Address                 _____
        (if known)

    Defendant No. 4

        Name                                     _____

        Job or Title                        _____
        (if known)

        Street Address                  _____

        City and County               _____

        State and Zip Code          _____

        Telephone Number          _____

        E-mail Address                 _____
        (if known)

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

        ☐ Federal question                    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

                28 U.S.C. 1332 diversity of citizenship

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, (name) Shawn DeCarLos Evans,
      is a citizen of the State of (name) Michigan.

   b. If the plaintiff is a corporation
      The plaintiff, (name) ▇▇▇▇▇▇▇▇▇▇,
      is incorporated under the laws of the State of (name) ▇▇▇▇▇▇▇▇▇▇, and has its principal place of business in the State of (name) ▇▇▇▇▇▇▇▇▇▇.

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, (name) Donald J. Trump, is a citizen of the State of (name) New York. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation
      The defendant, (name) Central Intelligence Agency, is incorporated under the laws of the State of (name) Washington D.C., and has its principal place of business in the State of (name) Virginia. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):* My law suit the amount of 526 million dollars (five hundred twenty six million dollars). Is required to help others in need of treatment, that are suffering from day to day. Do to their experience as a secret intelligent agent, that lived in the life of secret intelligence.

### III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Do to my latest C.I.A secret intelligent operation; make America Great Again. Have led me to seek treatment for P.T.S.D and sever depression in the state of my sever emotional detress as part of my community mental health appointment on Tuesday July 2, 2024. I base my law suit on the grounds of my life in secret intelligence. Have led me to try to deal with my sever emotional detress. By my request for immunity from all prosecution. Do to the fact of my crimes of helping political figures commit tax evasion. That are political figures in connection with operation: make America Great Again. That's causing my P.T.S.D and sever depression in the state of my sever emotional detress, more sever, by stressing over a guilty conscious. Therefore, I'm willing to testify at Donald Trump's congressional hearings. As a whistleblower testifying to the connection of the C.I.A secret intelligent operation: make America Great Again; and the Donald Trump investigates treason mishandling of top secret documents. In return to be taken off life time probation. I base my case based on that I'm entitled to be rewarded do to the fact the C.I.A cause me to not have a childhood, is also the harm that was done to this very day. After the C.I.A brought me into the life of secret intelligence as a child warrior at the age of just 6 (six) years old in the year 1976.

5

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like the judge to honor my indigent request do to my wore for status, and this I ask to respectfully have my day in court. I would ask that the judge court order the C.I.A to declassify all documents of my undercover secret intelligent operations, Starting with classified documents on me as secret intelligent agent Shaun Evans A.K.A G-HOST in operation known as the undercover secret intelligent operation Colombia: Los Pepes. For the U.S. Congress to hold hearings based on the life of secret intelligence. To discontinue my relationship with the C.I.A in the life of secret intelligence AT this present time. There is no amount of money that can replace my childhood that was taken from me by the C.I.A. But I base my damages in the claim amount of 526 million dollars. Based on not being compensated by the C.I.A from 1976 to 1987. During my life as A secret intelligent agent working for the C.I.A as A child warrior, which I'm entitled to be compensated for.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-28, 20 24.

Signature of Plaintiff    S. Evans
Printed Name of Plaintiff   SHAWN EVANS

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case        __Statement of Claim__

**Additional Information:**

I base my lawsuit on the grounds based on the harm of Donald J. Trump campaigning on advertising operation: Make America Great Again.
That destroyed my relationship with Alisa McKinney, whom I had plan to marry, after Alisa and I picked out engagement rings during the Trump 2020 campaign.
That led to my mental health issues in June 2024, becoming more severe, cause by Donald J. Trump slandering of mental health patients during the presidential debate June 27, 2024.

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Shawn DeCarlos Evans

**(b)** County of Residence of First Listed Plaintiff: United States
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Central Intelligence Agency
Donald J. Trump

County of Residence of First Listed Defendant: United States
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [X] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332 — Diversity of citizenship
Brief description of cause: Severe Emotional Distress

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 6-28-2024
SIGNATURE OF ATTORNEY OF RECORD: S. Evans

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?   ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes :